1  Paul W. Sweeney, Jr. (SBN 112511)
   paul.sweeney@klgates.com
2  Kevin S. Asfour (SBN 228993)
   kevin.asfour@klgates.com
3  Kate G. Hummel (SBN 305783)
   kate.hummel@klgates.com
4  **K&L GATES LLP**
   10100 Santa Monica Boulevard
5  Eighth Floor
   Los Angeles, CA 90067
6  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
7
   Attorneys for Defendants
8  STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BROWN, an individual, on behalf of herself, all others similarly situated, and the general public<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation<br><br>Defendant. | Case No.: 3:18-cv-02286-JM-WVG<br><br>[Assigned to the Hon. Jeffrey T. Miller; Mag. Judge William V. Gallo ]<br><br>**DEFENDANT STARBUCKS CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, TO STRIKE THE NATIONWIDE CLASS ALLEGATIONS**<br><br>Hearing Date:  May 13, 2019<br>Time:           10:00 a.m.<br>Location:       Courtroom 5D<br>                Suite 5190<br>                221 West Broadway<br>                San Diego, CA 92101<br><br>Complaint filed:  October 3, 2018<br>Trial date:       N/A |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 13, 2019 at 10:00 a.m., before the Honorable Jeffrey T. Miller, in Courtroom 5D of the United States District Courthouse for the Southern District of California, located at 221 West Broadway, Suite 5190, San Diego, California 92101, Defendant Starbucks Corporation ("Defendant" or "Starbucks") will and hereby does move the Court to dismiss Plaintiff Sandra Brown's ("Plaintiff") First Amended Complaint ("FAC") and each cause of action therein pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), on the grounds that the FAC fails to state a claim upon which relief can be granted.

Additionally, Starbucks will and hereby does move to dismiss Plaintiff's class claims pursuant to Federal Rules of Civil Procedure Rule 12(b)(2), to the extent such claims are pleaded on behalf of non-California residents, on the ground that the Court lacks personal jurisdiction over Starbucks for such claims. In the alternative, Starbucks moves to strike the Complaint's nationwide class allegations pursuant to Federal Rules of Civil Procedure Rules 12(f) and 23(d)(1)(D), or to dismiss such claims pursuant to Rule 12(b)(6), to the extent they are pleaded on behalf of a nationwide class, on the grounds that the claims alleged cannot practically be adjudicated on a nationwide basis due to material variances among state laws.

This Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the pleadings and papers filed in this action; and such further argument and matters as may be offered at the time of the hearing of this Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | K&L GATES LLP |
| 2 | Dated: March 29, 2019 | By: s/ *Kate G. Hummel* |
| 3 | | Paul W. Sweeney, Jr. |
| 4 | | Kevin S. Asfour |
| | | Kate G. Hummel |

kate.hummel@klgates.com

Attorneys for Defendant
STARBUCKS CORPORATION

# CERTIFICATE OF SERVICE

Case No. 3:18-cv-02286-JM-WVG

On March 29, 2019, the foregoing document was served on the following counsel of record who have consented to electronic service via the Court's CM/ECF system, via the email address(es) listed below:

Ronald A. Marron
ron@consumersadvocates.com
Michael T. Houchin
mike@consumersadvocates.com
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Dr.
San Diego, California 92103
T: 619.696-9006
F: 619.564.665

Attorneys for Plaintiff
SANDRA BROWN

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Los Angeles, California.

Kate G. Hummel